ACCEPTED
03-15-00409-CV
7317190
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/9/2015 3:56:02 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00409-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

10/9/2015 3:56:02 PM

JEFFREY D. KYLE
Clerk

In the Third Court of Appeals
Austin, Texas

**SUSAN ENGLAND**
*Appellant*

**v.**

**JANICE KOLBE, AS GUARDIAN OF THE ESTATE OF EDNA MOON**
*Appellee*

**APPEAL FROM CAUSE NO. 12-0361
207TH JUDICIAL DISTRICT COURT OF HAYS COUNTY, TEXAS
HON. GARY STEEL, PRESIDING**

**UNOPPOSED MOTION TO EXTEND TIME FOR FILING
APPELLANT'S AND APPELLEE'S BRIEF**

TO THE HONORABLE THIRD COURT OF APPEALS:

Susan England (now Susan Lee), the Appellant, moves this court to grant an extension of time to file Appellant's Brief and Appellee's Brief, and respectfully seeks such relief based on the following:

1.      Appellant's brief is currently due on or about October 16, 2015. This is a relatively complicated case involving multiple records and issues. Appellant's

counsel's court schedule in the approximately eighteen (18) business days beginning September 16 through today has included at least twelve (12) hearings and a Temporary Restraining Order. Therefore, additional time is needed to adequately prepare the arguments in this case. Appellant's counsel also has jury trial settings on October 26, 2015 and November 6, 2015 and the preparation time for those trials renders a short extension of little help.

2. Because of these settings and the pending jury trials, counsel for Appellant has been, and will be for the next few weeks, unable to adequately and appropriately prepare the brief in this appeal. Therefore, additional time is needed to adequately prepare the arguments in this case.

3. Accordingly, Appellant seeks an approximately forty-five (45) day extension of time to file Appellant's Brief, which would make Appellant's Brief due on or before November 30, 2015. This extension of time is necessary to allow for appropriate briefing and is not being sought for delay.

4. This is the first extension of time Appellant has sought for the filing of the Appellant's Brief.

5. Further, Appellee does not object to this motion for extension. However, such extension makes Appellee's response due during the Christmas and New Year's holiday. Accordingly, Appellee has requested an extension until January 29, 2016 to file Appellee's Brief. Appellant has agreed to such extension.

7.    The parties have effectively agreed that additional request for extensions to file briefs will be opposed absent extreme extenuating circumstances.

For these reasons, Susan (England) Lee, Appellant, and Janice Kolbe, as Guardian of the Estate of Edna Moon, Appellee, request that this court render an order extending the time for filing Appellant's Brief to and including November 30, 2015 and for Appellee's Brief to and including January 29, 2016.  Appellant and Appellee also requests any other relief to which they may be entitled.

Respectfully submitted,

Law Office of David Junkin
15401 RR12, Suite 105
P.O. Box 2910
Wimberley, TX  78676
512/847-8600
512/847-8604 (fax)
david@junkinlawoffice.com

_____
David Junkin
State Bar No. 11058020
Attorney for Appellant, Susan Lee

## CERTIFICATE OF CONFERENCE

This is to certify that I have communicated with counsel for Appellee and she is not opposed to this motion as per paragraph 6 above and this also confirms I agree to the extension of the time for Appellee to file her responsive brief.

_____
David Junkin

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading was served on October 9, 2015, in the manner indicated below and on the following person(s):

**VIA FACSIMILE AND/OR ESERVE**

Jonathan Hull
c/o Reagan Burris, LLC
401 Main Plaza, Suite 200
New Braunfels, TX  78130

**VIA FACSIMILE AND/OR ESERVE**

Stephanie Bascon
297 W. San Antonio Street
New Braunfels, TX  78130

_____
David Junkin